IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. NELSON, Individually and
Behalf of All Others Similarly Situated,

          Plaintiff(s),

v.

FACEBOOK, INC., et al.,

          Defendant(s).

/

**CASE NO.** 12-CV-3418 ~~(YGR)~~  MMC

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Brant W. Bishop, P.C.          , whose business address and telephone number is

Kirkland & Ellis LLP / 655 Fifteenth Street N.W./ Washington, DC  20005  - or - 601 Lexington Ave. / New York, NY  10022; telephone: 202-879-5000 ; email: brant.bishop@kirkland.com

and who is an active member in good standing of the bar of  DC, NY and UT

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Facebook, Inc.+ individual defendants

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  July 24, 2012

_____
United States  District    Judge