United States District Court
For the Northern District of California

1

2

3    IN THE UNITED STATES DISTRICT COURT

4    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    THOMAS E. NELSON, Individually and
     Behalf of All Others Similarly Situated,        **CASE NO.** 12-CV-3418 (YGR)   **MMC**
7

8                    Plaintiff(s),                   (Proposed)
                                                     **ORDER GRANTING APPLICATION**
9        v.                                          **FOR ADMISSION OF ATTORNEY**
                                                     *PRO HAC VICE*
10   FACEBOOK, INC., et al.,

11

12                   Defendant(s).
     _____ /

13

14   Andrew B. Clubok                          , whose business address and telephone number is

15   601 Lexington Avenue, New York, NY  10022; telephone: 212-446-4800; email:
     andrew.clubok@kirkland.com
16

17   and who is an active member in good standing of the bar of  DC, NY and OH

18   having applied in the above-entitled action for admission to practice in the Northern District of

19   California on a pro hac vice basis, representing  Facebook, Inc.+ individual defendants

20           IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

21   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

22   *vice.* Service of papers upon and communication with co-counsel designated in the application

23   will constitute notice to the party. All future filings in this action are subject to the requirements

24   contained in General Order No. 45, *Electronic Case Filing.*

25

26   Dated:  July 24, 2012

27                                          United States  District      Judge

28